IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEREMIAH CROMERDIE, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>JOHN E. WETZEL *Secretary Department* )<br>*of Corrections*; SHIRLEY MOORE )<br>SMEAL *Executive Deputy Secretary* )<br>*Department of Corrections*; DAVID )<br>PITKINS *Deputy Secretary Western* )<br>*Region Department of Corrections*; MARK )<br>CAPOZZA *Superintendent* )<br>*SCI – Pittsburgh*; JOHN DOE *Board* )<br>*Chairman Pennsylvania Parole Board*; )<br>KIMBERLY BARKLEY *Board* )<br>*Secretary, Pennsylvania Parole Board*; )<br>MICHAEL WHITE *Board Member,* )<br>*Pennsylvania Parole Board*; JANE DOE )<br>*Board Member Pennsylvania Parole* )<br>*Board*, )<br>Defendants. ) | Civil Action No. 15-22<br>Judge Nora Barry Fischer<br>Chief Magistrate Judge Maureen P. Kelly |

## **O R D E R**

AND NOW, this 14th day of May, 2015, after the Plaintiff Jeremiah Cromerdie filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge recommending that this case be dismissed for failure to prosecute and granting the Plaintiff until May 7, 2015, to file written objections thereto, no objections having been filed by Plaintiff, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation [4], which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that this matter is dismissed for Plaintiff's failure to prosecute for the reasons stated in the Report and Recommendation and Plaintiff's Motion to Proceed In Forma Pauperis (Document No. [3]) is therefore terminated as moot;

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

    s/Nora Barry Fischer
United States District Judge

cc: Honorable Maureen P. Kelly
United States Magistrate Judge

Jeremiah Cromerdie
EM5986
PO Box 9991
Pittsburgh, PA 15233